# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 7** |
| **PURE WEIGHT LOSS, INC.** : | |
| f/k/a L.A. Weight Loss Centers, Inc. : | |
| Debtor. : | **BANKRUPTCY NO. 08-10315 (JKF)** |
| : | |
| **ARTHUR P. LIEBERSOHN,** : | |
| Chapter 7 Trustee for the Estate of : | |
| Pure Weight Loss, Inc. : | |
| f/k/a L.A. Weight Loss Centers, Inc. : | |
| Plaintiff, : | |
| : | |
| v. : | |
| **WTAE-TV, a division of** : | **ADVERSARY NO. 08-195 (SR)** |
| Hearst-Argyle Television, Inc. : | |
| Defendant. : | |

# ORDER

**AND NOW,** upon consideration of defendant WTAE-TV's ("Defendant") Motion for Summary Judgment (the "Motion"), the Defendant's memorandum of law in support of the Motion, and the Answer and Affirmative Defenses of Arthur P. Liebersohn, Plaintiff, to Defendant's Motion for Summary Judgment, and after a hearing with notice, it is hereby **ORDERED** and **DECREED** that the Motion is **DENIED**.

By the Court:

_____
Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: November 10, 2009

Interested Parties:

Counsel for Chapter 7 Trustee/Plaintiff
Paul B. Maschmeyer, Esquire
Robert W. Seitzer, Esquire
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103

Counsel for Defendant
Magedeline D. Coleman, Esquire
Buchanan Ingersoll & Rooney, PC
Two Liberty Place
50 South Street 16th Street
Suite 3200
Philadelphia, PA 19102

Benjamin A. Matthews, Esquire
Buchanan Ingersoll & Rooney, PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

United States Trustee
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Courtroom Deputies
Nancy Mulvehill
Joan Ranieri